DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JEFFRIES

No. 59P82.

Case below: 55 N.C. App. 269.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 March 1982.

STATE v. JOHNSON

No. 53P82.

Case below: 55 N.C. App. 481.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.

STATE v. McGRAW

No. 44PA82.

Case below: 55 N.C. App. 481.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 30 March 1982.

STATE v. MOORE

No. 139 PC.

Case below: 54 N.C. App. 365.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.

STATE v. REDDICK

No. 101P82.

Case below: 55 N.C. App. --- (813SC705).

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 March 1982.